No. 02–9384. O'CONNOR v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari before judgment denied.

No. 01–729. SMITH ET AL. v. DOE ET AL., *ante*, p. 84;

No. 01–10473. CARRICO v. WADDINGTON, WARDEN, 537 U. S. 845;

No. 02–976. DURAND ET UX. v. ARIF ET AL., 537 U. S. 1233;

No. 02–7806. ESPINOZA PENA v. BROYLES ET AL., 537 U. S. 1198;

No. 02–7908. BAKER v. TOLEDO CITY SCHOOL DISTRICT BOARD OF EDUCATION, 537 U. S. 1200;

No. 02–7923. PARTIN v. YOUNG ET AL., 537 U. S. 1200;

No. 02–8015. IN RE NYHUIS, 537 U. S. 1186;

No. 02–8079. FULTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 537 U. S. 1206;

No. 02–8225. ROOKS v. UNITED STATES, 537 U. S. 1212;

No. 02–8315. BROWN v. UNITED STATES, 537 U. S. 1216;

No. 02–8320. DEHONEY v. MONTGOMERY, WARDEN, ET AL., *ante*, p. 911;

No. 02–8536. ELLIOTT v. GEISE ET AL., 537 U. S. 1238;

No. 02–8554. CORREA, AKA ALVAREZ v. UNITED STATES, 537 U. S. 1223;

No. 02–8830. McKINNIE v. POTTER, POSTMASTER GENERAL, ET AL., *ante*, p. 933; and

No. 02–8897. STOVE v. UNITED STATES, *ante*, p. 934. Petitions for rehearing denied.

No. 02–6687. ABDUL MALIK v. HILL, 537 U. S. 1055. Motion for leave to file petition for rehearing denied.

MAY 1, 2003

No. 02–10381 (02A919). HOUGH v. INDIANA. Sup. Ct. Ind. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.